```
1  ROBERT PATRICK STICHT (SBN 138586)
2  PAUL J. ORFANEDES*
   JUDICIAL WATCH, INC.
3  425 Third Street SW, Suite 800
4  Washington, D.C. 20024
   Telephone: (202) 646-5172
5  Fax: (202) 646-5199
6  Email: rsticht@judicialwatch.org

7  *Application for admission pro hac vice forthcoming

8  Attorneys for Plaintiffs
9
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT, | Case No.  3:24-cv-00033-BAS-DDL |
|---|---|
| Plaintiffs, | **NOTICE OF FILING PROOF OF SERVICE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiffs Estate of Ashli Babbitt and Aaron Babbitt, individually and on behalf of the Estate of Ashli Babbitt, by and through counsel, and pursuant to Rules 4(i) and 4(l) of the Federal Rules of Civil Procedure, respectfully submit the attached Declaration of Cristina Rotaru as proof that service of process has been effected in this matter on Defendant, the United States of America, the Attorney General of the United States, and the U.S. Attorney General for the Southern District of California.

| | | |
|---|---|---|
| Dated:  January 22, 2024 | | Respectfully submitted, |
| | | JUDICIAL WATCH, INC. |
| | By: | */s/ Robert Patrick Sticht.* <br> ROBERT PATRICK STICHT |
| | | Attorneys for Plaintiffs |