-0.0

ROBERT PATRICK STICHT (SBN 138586)
PAUL J. ORFANEDES*
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Fax: (202) 646-5199
Email: rsticht@judicialwatch.org

*Application for admission pro hac vice forthcoming

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.  3:24-cv-00033-BAS-DDL<br><br>**DECLARATION OF CRISTINA ROTARU** |

I, CRISTINA ROTARU, declare:

1. My name is Cristina Rotaru. I am over eighteen years of age, of sound mind, and fully competent to submit this declaration. I have personal knowledge of the facts contained herein.

2. I am employed as a legal assistant with Judicial Watch, Inc., in Washington, D.C. I have worked in this capacity since April 2002. Among my

duties is effecting service of process of summonses, complaints, and other new case filings in lawsuits filed by the organization.

3. On January 5, 2024, Plaintiffs initiated the above-captioned lawsuit in the U.S. District Court for the Southern District of California. On or about January 12, 2024, I caused the Summons and Complaint to be served on Defendant, the United States of America, by effecting service on the Attorney General of the United States and the U.S. Attorney for the Southern District of California.

4. Service on the U.S. Attorney General was effected by USPS certified mail, return receipt requested. According to the online USPS Tracking service, the Summons and Complaint was delivered to the U.S. Attorney General on January 18, 2024. A true and correct copy of the USPS Tracking results is attached as Exhibit 1. The return receipt has not been received as of this date.

5. Service on the U.S. Attorney for the Southern District of California was effected by USPS certified mail, return receipt requested. According to the online USPS Tracking service, the Summons and Complaint was delivered to the U.S. Attorney for the Southern District of California on January 17, 2024. A true and correct copy of the USPS Tracking results is attached as Exhibit 2. The return receipt has not been received as of this date.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on January 22, 2024, at Washington, D.C.

_Cristina Rotaru_

# EXHIBIT 1



## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70210950000154837529

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:10 am on January 18, 2024 in WASHINGTON, DC 20530.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
January 18, 2024, 5:10 am

### Available for Pickup

GOVERNMENT MAILS ANNEX
3300 V ST
WASHINGTON DC 20018-1528
January 17, 2024, 10:50 am

### Arrived at Post Office

WASHINGTON, DC 20018
January 17, 2024, 6:22 am

### In Transit to Next Facility

January 16, 2024

Feedback

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
January 13, 2024, 10:12 am

**Arrived at USPS Regional Facility**

GAITHERSBURG MD DISTRIBUTION CENTER
January 12, 2024, 11:25 pm

**Hide Tracking History**

**Text & Email Updates** ⌄

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# EXHIBIT 2



# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70210950000154837536

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 1:17 pm on January 17, 2024 in SAN DIEGO, CA 92101.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
SAN DIEGO, CA 92101
January 17, 2024, 1:17 pm

### In Transit to Next Facility
January 16, 2024

### Arrived at USPS Regional Facility
SAN DIEGO CA DISTRIBUTION CENTER
January 15, 2024, 11:27 pm

### Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER
January 12, 2024, 11:25 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

[Enter tracking or barcode numbers]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]