BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
C. SALVATORE D'ALESSIO, Jr.
Director, Torts Branch
RICHARD MONTAGUE
Senior Trial Counsel
BRIAN J. BOYD
Trial Attorney (NY Bar # 5562582)
175 N St. NE, 7th Floor
Washington, DC 20002
Tel: (202) 616-4142
Fax: (202) 616-4314
E-Mail: Brian.J.Boyd@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ASHLI BABBITT AND AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 24CV0033 BAS DDL<br><br>**NOTICE OF DEFENDANT UNITED STATES OF AMERICA'S MOTION TO TRANSFER VENUE**<br><br>Hearing Date: April 8, 2024<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

PLEASE TAKE NOTICE that, on April 8, 2024, or as soon thereafter as it may be heard before the Honorable Cynthia A. Bashant, Defendant United States of America will, and hereby does, move the Court for an order granting the United States' Motion to

Transfer Venue to the United States District Court for the District of Columbia, under 28 U.S.C. § 1404(a). This motion is based on this Notice, the Memorandum of Points and Authorities attached hereto, and all other pleadings and filings in this action, and such other written or oral argument as may be presented at or before the time the Court takes this motion under submission.

    Pursuant to the Court's Standing Order for Civil Cases, this motion is made following the conference of counsel for Plaintiff and counsel for Defendant that took place on February 23, 2024, via telephone. Plaintiff opposes this motion.

DATED: March 1, 2024        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, Jr.
Director, Torts Branch

RICHARD MONTAGUE
Senior Trial Counsel

SARAH E. WHITMAN
Senior Trial Counsel

JOSEPH A. GONZALEZ
Trial Attorney

By:

*/s/ Brian J. Boyd*
BRIAN J. BOYD
Trial Attorney
U.S. Department of Justice, Civil Division
Torts Branch, Constitutional Torts Section
P.O. Box 7146, Ben Franklin Station
Washington, DC 20044
(202) 616-4142
Brian.J.Boyd@usdoj.gov

2