ROBERT PATRICK STICHT (SBN 138586)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Fax: (202) 646-5199
Email: rsticht@judicialwatch.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT,<br><br>            Plaintiffs,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No.  3:24-cv-00033-BAS-DDL<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>Hearing Date:   April 8, 2024<br><br>Honorable Cynthia A. Bashant<br>Courtroom 12B (12th Floor) |

    Plaintiffs Estate of Ashli Babbitt and Aaron Babbitt, individually and on behalf of the Estate of Ashli Babbitt, pursuant to Federal Rule of Evidence 201, respectfully request that the Court take judicial notice of the sentencing transcripts that are Exhibit 1 and Exhibit 2 to the concurrently-filed Declaration of Robert Patrick Sticht.

    Exhibit 1 is the transcript of the June 5, 2023 sentencing hearing (Part 1) in the U.S. District Court for the District of Columbia in *United States v. Daniel Goodwyn*, Docket No. 1:21-cr-00153-RBW.  Exhibit 2 is the transcript of the June 6, 2023 sentencing hearing (Part 2) in the same case.  Both transcripts are official matters of record in the proceeding.

A court may take judicial notice of facts that are not subject to reasonable dispute and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Judicial notice is mandatory if "a party requests it" and the court is "supplied with the necessary information" to take judicial notice. Fed. R. Evid. 201(c)(2). Judicial notice may be taken at any stage of the proceeding. Fed. R. Evid. 201(d); *Papai v. Harbor Tug & Barge Co.*, 67 F.3d 203, 207 n.5 (9th Cir. 1995), *overruled on other grounds*, 520 U.S. 548 (1997).

Accordingly, the Court should take judicial notice of Exhibit 1 and Exhibit 2.

Dated:  March 25, 2024

Respectfully submitted,

JUDICIAL WATCH, INC.

By:  */s/ Robert Patrick Sticht.*
ROBERT PATRICK STICHT

Attorneys for Plaintiffs