ROBERT PATRICK STICHT (SBN 138586)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Fax: (202) 646-5199
Email: rsticht@judicialwatch.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No.  3:24-cv-00033-BAS-DDL<br><br>**NOTICE OF ERRATA TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>Hearing Date:   April 8, 2024<br><br>Honorable Cynthia A. Bashant<br>Courtroom 12B (12th Floor) |

# NOTICE OF ERRATA

Plaintiffs respectfully submit this errata to their Opposition to Defendant's Motion to Transfer Venue ("Opposition"), which was filed on March 25, 2024, at Docket No. 9, in order to correct an inadvertent clerical error. On page 11, at line 4, the Opposition stated the trial of this "FOIA action" would be a bench trial when in fact it should have stated the trial of this "FTCA action" would be a bench trial. Plaintiffs are concurrently filing a corrected Opposition that corrects the mistake and makes no other changes.

Dated: March 26, 2024

Respectfully submitted,

JUDICIAL WATCH, INC.

By: */s/ Robert Patrick Sticht.*
ROBERT PATRICK STICHT

Attorneys for Plaintiffs