UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ASHLI BABBITT, and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 1:24cv1701-JMC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Sarah E. Whitman as counsel for Defendant United States of America in the above-captioned case.

Pursuant to LCvR 83.2(f), I am admitted or otherwise authorized to practice in this court.

Dated:  July 12, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Sarah E. Whitman*
　　　　　　　　　　　　　　　　　　　SARAH E. WHITMAN
　　　　　　　　　　　　　　　　　　　MA Bar 657726, under LCvR 83.2(f)
　　　　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　　　　Torts Branch, Civil Division
　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　175 N Street, NE
　　　　　　　　　　　　　　　　　　　Washington, DC 20002
　　　　　　　　　　　　　　　　　　　Telephone: (202) 616-0089
　　　　　　　　　　　　　　　　　　　Fax: (202) 616-4314
　　　　　　　　　　　　　　　　　　　Email: Sarah.Whitman@usdoj.gov

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant United States*