Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ESTATE OF ASHLI BABBITT, et al

        Plaintiff

    vs.

UNITED STATES OF AMERICA

        Defendant

Civil No.    24-1701    (ACR)

Category  B

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 7/16/2024 from Judge Jia M. Cobb to Judge Ana C. Reyes by direction of the Calendar Committee.

(Case Transferred by Consent)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc: Judge Jia M. Cobb & Courtroom Deputy
Judge Ana C. Reyes & Courtroom Deputy
Liaison, Calendar and Case Management Committee