# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ASHLI BABBITT, and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT,<br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:24cv1701-ACR |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Brian J. Boyd as counsel for Defendant United States of America in the above-captioned case.

I am admitted or otherwise authorized to practice in this court.

Dated: July 17, 2024

Respectfully submitted,

*/s/ Brian J. Boyd*
BRIAN J. BOYD
NY Bar 5562582
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Telephone: (202) 616-4142
Fax: (202) 616-4314
Email: Brian.J.Boyd@usdoj.gov

*Counsel for Defendant United States*