# EXHIBIT A

CLOSED

# U.S. District Court
## Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:24−cv−00033−BAS−DDL

| | |
|---|---|
| Estate of Ashli Babbitt v. United States of America | Date Filed: 01/05/2024 |
| Assigned to: Judge Cynthia Bashant | Date Terminated: 06/12/2024 |
| Referred to: Magistrate Judge David D. Leshner | Jury Demand: None |
| Demand: $9,999,000 | Nature of Suit: 360 P.I.: Other |
| Cause: 28:2671 Federal Tort Claims Act (Definitions) | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Estate of Ashli Babbitt**   represented by   **Robert Patrick Sticht**
Judicial Watch, Inc.
425 Third Street SW
Suite 800
Washington, DC 20024
202−646−5172
Email: rsticht@judicialwatch.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aaron Babbitt**   represented by   **Robert Patrick Sticht**
*individually and on behalf of the Estate of Ashli Babbitt*   (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America**   represented by   **U S Attorney CV**
U S Attorneys Office Southern District of California
Civil Division
880 Front Street
Suite 6253
San Diego, CA 92101
(619)557−5662
Fax: (619)557−7122
Email: Efile.dkt.civ@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian J. Boyd**
DOJ−Civ
Civil Division− CSTL
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044
202−616−4142
Fax: 202−616−4314
Email: brian.j.boyd@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2024 | 1 | COMPLAINT against United States of America ( Filing fee $ 405 receipt number ACASDC−18474179). Filed by Estate of Ashli Babbitt, Aaron Babbitt. (Attachments: |

| | | |
|---|---|---|
| | | # 1 Civil Cover Sheet) |
| | | The new case number is 3:24–cv–33–BAS–DDL. Judge Cynthia Bashant and Magistrate Judge David D. Leshner are assigned to the case. (Sticht, Robert)(sjt) (Entered: 01/05/2024) |
| 01/05/2024 | 2 | Summons Issued. **Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1.** (sjt) (Entered: 01/05/2024) |
| 01/09/2024 | 3 | Amended Summons Issued. **Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1.** (mjw) (jmo). (Entered: 01/09/2024) |
| 01/22/2024 | 4 | SUMMONS Returned Executed by Estate of Ashli Babbitt, Aaron Babbitt. United States of America served. (Attachments: # 1 Declaration)(Sticht, Robert) (mjw). (Entered: 01/22/2024) |
| 03/01/2024 | 5 | MOTION to Change Venue by United States of America. (Attachments: # 1 Memo of Points and Authorities in Support of Motion to Transfer Venue)(Boyd, Brian)Attorney Brian J. Boyd added to party United States of America(pty:dft) (mjw). (Entered: 03/01/2024) |
| 03/01/2024 | 6 | Ex Parte MOTION for Extension of Time to File Answer re 1 Complaint, by United States of America. (Attachments: # 1 Declaration of Brian J. Boyd in Support of Ex Parte Application for Extension of Time to Respond to Plaintiff's Complaint)(Boyd, Brian) (mjw). (Entered: 03/01/2024) |
| 03/06/2024 | 7 | RESPONSE in Opposition re 6 Ex Parte MOTION for Extension of Time to File Answer re 1 Complaint, *PLAINTIFFS OPPOSITION TO DEFENDANTS EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT* filed by Aaron Babbitt, Estate of Ashli Babbitt. (Sticht, Robert) (mjw). (Entered: 03/06/2024) |
| 03/08/2024 | 8 | ORDER Granting Application to Extend Time to Respond (Doc. No. 6 ). Signed by Judge Cynthia Bashant on 3/7/2024. (bdc)(jms). (Entered: 03/08/2024) |
| 03/25/2024 | 9 | RESPONSE in Opposition re 5 MOTION to Change Venue *PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO TRANSFER VENUE* filed by Aaron Babbitt, Estate of Ashli Babbitt. (Attachments: # 1 Declaration Michelle Witthoeft, # 2 Declaration Aaron Babbitt, # 3 Declaration Robert Patrick Sticht)(Sticht, Robert) (mjw). (Entered: 03/25/2024) |
| 03/25/2024 | 10 | REQUEST FOR JUDICIAL NOTICE by Aaron Babbitt, Estate of Ashli Babbitt re 9 Response in Opposition to Motion, *REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO TRANSFER VENUE* (Sticht, Robert) (mjw). (Entered: 03/25/2024) |
| 03/26/2024 | 11 | NOTICE *OF ERRATA TO PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO TRANSFER VENUE* by Aaron Babbitt, Estate of Ashli Babbitt re 9 Response in Opposition to Motion, (Sticht, Robert) **QC Email sent. Improper Withdrawal of Document (Notice of Errata) ** (Entered: 03/26/2024) |
| 03/26/2024 | 12 | AMENDED DOCUMENT by Aaron Babbitt, Estate of Ashli Babbitt. Amendment to 9 Response in Opposition to Motion, *PLAINTIFFS CORRECTED OPPOSITION TO DEFENDANTS MOTION TO TRANSFER VENUE*. (Sticht, Robert) **QC Email sent. Wrong Event Selected**(mjw). (Entered: 03/26/2024) |
| 04/01/2024 | 13 | REPLY to Response to Motion re 5 MOTION to Change Venue filed by United States of America. (Boyd, Brian) (mjw). (Entered: 04/01/2024) |
| 06/12/2024 | 14 | Case transferred to District of Columbia. Files transferred electronically to: *District of Columbia*.*333 Constitution Avenue, N.W.**Washington, DC 20001*. Signed by Judge Cynthia Bashant on 06/10/2024. (Attachments: # 1 Transfer Order) (mjw) (Entered: 06/12/2024) |

| 06/13/2024 | 15 | Transfer Letter Received from District of Columbia. Case number in other court is 1:24cv01701 (jpp) (Entered: 06/14/2024) |