## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

ESTATE OF ASHLI BABBITT and
AARON BABBITT, individually and on
behalf of the ESTATE OF ASHLI
BABBITT,

                Plaintiffs,          Case No. 1:24-cv-01701-ACR

v.

UNITED STATES OF AMERICA,

                Defendant.
_____/

### [PROPOSED] ORDER

The Court has reviewed and considered Plaintiffs' Motion to Retransfer Venue to the Southern District of California. For the reasons stated therein, and for good cause, it is hereby **ORDERED** as follows:

1. The motion is **GRANTED**.

2. The Clerk of this Court shall transfer this matter to the United States District Court for the Southern District of California forthwith.

    **SO ORDERED** this _____ day of _____, 2024.

                                          _____
                                          HONORABLE ANA C. REYES
                                          UNITED STATES DISTRICT JUDGE