UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ASHLI BABBITT, and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:24cv1701-ACR |

### [PROPOSED] ORDER

Having considered Plaintiffs' Motion to Retransfer Venue to the Southern District of California (ECF No. 21), Defendant United States of America's opposition (ECF No. 25), Plaintiffs' reply, and upon further consideration of the entire record herein, it is **ORDERED** that Plaintiffs' motion (ECF No. 21) is **DENIED**.

It is so **ORDERED**.

Dated: _____          _____
                                The Honorable Ana C. Reyes
                                United States District Court Judge

*Attorneys to be notified of the Order's entry*:

Robert Patrick Sticht
JUDICIAL WATCH, INC.
425 Third St., SW, Suite 800
Washington, DC 20024
Tel: 202-646-5172
Fax: 202-646-5199
Email: Rsticht@judicialwatch.Org

Sarah E. Whitman
Senior Trial Counsel, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-0089; F: (202) 616-4314
Email: sarah.whitman@usdoj.gov

Joseph A. Gonzalez
Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 598-3888; F: (202) 616-4314
Email: joseph.a.gonzalez@usdoj.gov

Brian J. Boyd
Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-4142; F: (202) 616-4314
Email: brian.j.boyd@usdoj.gov