UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ESTATE OF ASHLI BABBITT and
AARON BABBITT, individually and on
behalf of the ESTATE OF ASHLI
BABBITT,

                Plaintiffs,        Case No. 1:24-cv-01701-ACR

v.

UNITED STATES OF AMERICA,

                Defendant.

                                          /

**NOTICE OF ERRATA TO**
**REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO RETRANSFER VENUE TO THE SOUTHERN DISTRICT OF CALIFORNIA**

Plaintiffs respectfully submit this errata to their Reply Memorandum In Support of Plaintiffs' Motion to Retransfer Venue to the Southern District of California (ECF 27) ("Reply"), filed on August 23, 2024, in order to correct an inadvertent error in filing the Reply with a table of contents and table of authorities that omitted page numbers. Plaintiffs are concurrently filing a corrected Reply that fixes this mistake and makes no substantive changes.

Dated: August 23, 2024                                Respectfully submitted,

                                                          JUDICIAL WATCH, INC.

                                        By:    */s/ Robert Patrick Sticht.*
                                                       ROBERT PATRICK STICHT
                                                       D.C. Bar No. 423395
                                                       Judicial Watch, Inc.
                                                       425 Third Street SW, Suite 800
                                                       Washington, D.C. 20024
                                                       (202) 646-5172
                                                        rsticht@judicialwatch.org

                                                        Attorneys for Plaintiffs Estate of Ashli
                                                        Babbitt and Aaron Babbitt