UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:24-cv-01701-ACR |

### [PROPOSED] ORDER

Having considered Defendant United States of America's motion to dismiss Counts III, IV, and V of Plaintiff's Complaint (ECF No. 1), and upon further consideration of the entire record herein, it is hereby **ORDERED** that Defendant's Motion (ECF No. 30) is **GRANTED**.

It is further **ORDERED** that Count III (Negligence), Count IV (Negligent Supervision, Discipline, and Retention of Lt. Byrd), and Count V (Negligent Training) of Plaintiffs' Complaint (ECF No. 1) are dismissed.

It is so **ORDERED**.

Dated: _____

                                                          The Honorable Ana C. Reyes
                                                          United States District Judge

*Attorneys to be notified of the Order's entry*:

Robert Patrick Sticht
JUDICIAL WATCH, INC.
425 Third St., SW, Suite 800
Washington, DC 20024
Tel: 202-646-5172
Fax: 202-646-5199
Email:Rsticht@judicialwatch.Org

Sarah E. Whitman
Senior Trial Counsel, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-0089; F: (202) 616-4314
Email: sarah.whitman@usdoj.gov

Joseph A. Gonzalez
Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 598-3888; F: (202) 616-4314
Email: joseph.a.gonzalez@usdoj.gov