UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:24-cv-01701-ACR |

### [*Proposed*] SCHEDULING ORDER

Upon consideration of the Parties' Joint Meet and Confer Statement and the September 20, 2024 Status Conference, it is hereby,

**ORDERED** that the following schedule and parameters shall govern proceedings in this matter:

### A. *Discovery Schedule*

1. Rule 26(a)(1)(A) Initial Disclosures shall be exchanged by October 4, 2024.

2. Discovery shall commence on September 20, 2024, and end on August 8, 2025.

3. The timing of expert disclosures shall be as follows:

    i. Plaintiffs' Expert Disclosures and Reports due April 4, 2025;

    ii. Defendant's Expert Disclosures and Reports / Defendant's Rebuttal Disclosures and Reports due May 9, 2025; and

    iii. Plaintiffs' Rebuttal Disclosures and Reports due June 12, 2025.

B. *Discovery Limitations and Parameters*

    4. Each party shall be permitted:

        i.    55 Interrogatories;

        ii.    55 Requests for Production of Documents;

        iii.    75 Requests for Admission; and

        iv.    35 Fact depositions.

    5. All fact discovery requests, including third-party subpoenas, shall be propounded by June 24, 2025.

    6. If the Parties are unable to mutually agree on a deposition date, the party seeking the deposition may propose three non-consecutive dates for the deposition at least 21 days in advance. If the non-proposing party fails to select one of those dates for the deposition within five business days of receipt, then the proposing party may note the deposition for one of those three dates.

    7. Counsel for each party has the right to be physically present for all depositions, regardless of whether counsel for the other party appears remotely. During remote depositions, all counsel and other participants (e.g., parties, attorneys, paralegals, etc.) in the same room as the testifying witness shall be visible on camera. Counsel and the witness are not to communicate through any other device or method while the witness is testifying.

    8. The Parties shall produce documents in text-searchable Portable Data Format (".pdf") files using Optical Character Recognition ("OCR") technology. If certain ESI (such as videos or audio files) are not reasonably producible as document-level searchable .pdfs, the Parties shall meet and confer prior to production to

discuss the format of the production. The Parties will share their search methodology for responding to requests for production of ESI and will work together to identify mutually agreeable and appropriate search terms, custodians, and time frames.

C. *Filing Deadlines*

9. Motions for leave to join any other parties shall be filed no later than November 1, 2024. Motions for leave to amend the pleadings may be filed within 30 days after the Court rules on Defendant's Motion to Dismiss (ECF No. 30) Counts III, IV, and V.

10. Plaintiffs will file a response to the Motion to Dismiss no later than October 4, 2024. Defendant will file a reply on October 25, 2024.

11. Plaintiffs anticipate filing a motion for jurisdictional discovery on Counts III, IV, and V in connection with their opposition to the motion to dismiss, which will be filed on October 4, 2024. Defendant shall file its response to the motion no later than October 25, 2024. Plaintiffs shall file a reply no later than November 8, 2024.

12. The deadlines for filing a Motion for Summary Judgment are August 22, 2025 for the opening brief, September 19, 2025 for the opposition, and October 10, 2025 for the reply.

D. *Pretrial and Trial*

13. Trial in this matter is set for _____.

14. The final pretrial conference under LCvR 16.5 shall be 28 days before trial, which is _____.

15. Motions in limine shall be filed in accordance with the briefing schedule set forth in paragraph 14(a) of the Court's Standing Order.

It is so **ORDERED**.

Dated: _____

_____
The Honorable Ana C. Reyes
United States District Judge

*Attorneys to be notified of the Order's entry*:

Robert Patrick Sticht
JUDICIAL WATCH, INC.
425 Third St., SW, Suite 800
Washington, DC 20024
Tel: 202-646-5172
Fax: 202-646-5199
Email: rsticht@judicialwatch.org

Sarah E. Whitman
Senior Trial Counsel, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-0089; F: (202) 616-4314
Email: sarah.whitman@usdoj.gov

Brian J. Boyd
Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-4142; F: (202) 616-4314
Email: Brian.J.Boyd@usdoj.gov

Joseph A. Gonzalez
Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 598-3888; F: (202) 616-4314
Email: joseph.a.gonzalez@usdoj.gov