## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ESTATE OF ASHLI BABBITT and )
AARON BABBITT, individually and on )
behalf of the ESTATE OF ASHLI )
BABBITT, )
               Plaintiffs, )
  )
        v. )     Case No. 1:24-cv-01701-ACR
  )
UNITED STATES OF AMERICA, )
  )
               Defendant. )

## NOTICE OF ERRATA TO AMENDED
## JOINT MEET AND CONFER STATEMENT

Defendant the United States of America respectfully submits this errata to the Amended

Joint Meet and Confer Statement (ECF No. 33) filed on September 19, 2024 to correct errors in

the signature block.  Specifically, undersigned counsel inadvertently omitted the signature of

Plaintiff's counsel and incorrectly dated the signature block.  The undersigned is concurrently

filing a corrected Amended Joint Meet and Confer Statement that has no other changes.


Dated: September 19, 2024          Respectfully Submitted,

                                     BRIAN M. BOYNTON
                                     Principal Deputy Assistant Attorney General,
                                     Civil Division

                                     C. SALVATORE D'ALESSIO, JR.
                                     Director, Torts Branch, Civil Division

                                     RICHARD MONTAGUE
                                     Senior Trial Counsel

                                     */s/ Joseph A. Gonzalez*
                                     JOSEPH A. GONZALEZ
                                     D.C. Bar No. 995057

1

Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 598-3888; F: (202) 616-4314
Joseph.a.gonzalez@usdoj.gov

*Counsel for Defendant United States of America*