**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT,<br><br>     Plaintiffs,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | Case No. 1:24cv1701-ACR |

**JOINT MOTION FOR A PROTECTIVE ORDER REGARDING CONFIDENTIAL DISCOVERY INFORMATION, PRIVACY ACT DISCLOSURE, AND INADVERTENT DISCLOSURE OF PRIVILEGED INFORMATION**

  Plaintiffs Estate of Ashli Babbitt and Aaron Babbitt, individually and on behalf of the Estate of Ashli Babbitt ("Plaintiffs"), and Defendant United States of America ("Defendant" and together with Plaintiffs, the "Parties"), jointly and respectfully move the Court to enter the attached, proposed protective order to govern and restrict the use and dissemination of confidential or private personal, medical, employment, financial, law enforcement sensitive, or statutorily protected information disclosed or obtained by the Parties during the course of this litigation.  As good cause for this motion, the Parties state as follows:

  The Parties agree that during the course of discovery it may be necessary to disclose certain confidential information relating to the subject matter of this action.  Documents that may be produced and information that may be disclosed may contain confidential personal, medical, employment, financial, law enforcement sensitive, or statutorily protected information.  The Parties agree that such information should be treated as confidential, protected from disclosure

outside this litigation, and used only for the purpose of prosecuting or defending this lawsuit and any appeals. The Parties jointly request that the Court enter the enclosed, proposed protective order to limit the disclosure, dissemination, and use of such confidential information. This proposed protective order is intended to comply with the Privacy Act of 1974 and the Health Insurance Portability and Accountability Act (HIPAA) of 1996, both of which permit documents to be disclosed under the order of a court of competent jurisdiction. *See* 5 U.S.C. § 552a(b)(11); 2 C.F.R. § 200.79 (defining personally identifiable information); 45 C.F.R. § 164.512(e)(1)(i); 45 C.F.R. § 160.103 (defining protected health information). The Parties further agree that documents covered by this order will not be used or disclosed "for any purpose other than the litigation . . . for which such information was requested," and will be returned or destroyed "at the end of the litigation." 45 C.F.R. §§ 164.512(e)(iv)(B) & (e)(v).

DATED: October 4, 2024

Respectfully submitted,

| | |
|---|---|
| JUDICIAL WATCH, INC. | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General, Civil Division |
| By: */s/ Robert Patrick Sticht*<br>Robert Patrick Sticht<br>DC Bar No. 423395<br>425 Third Street SW, Suite 800<br>Washington, D.C. 20024<br>Phone: 202-646-5172<br>Email: rsticht@judicialwatch.org<br><br>*Counsel for Plaintiff* | C. SALVATORE D'ALESSIO, JR.<br>Director, Torts Branch, Civil Division<br><br>RICHARD MONTAGUE<br>Senior Trial Counsel<br><br>*/s/ Sarah E. Whitman*<br>SARAH E. WHITMAN<br>MA Bar No. 657726<br>Senior Trial Counsel, Torts Branch, Civil Division<br>United States Department of Justice<br>175 N Street, NE |

Washington, DC 20002
Tel: (202) 616-0089; F: (202) 616-4314
Sarah.whitman@usdoj.gov

<u>/s/ Joseph A. Gonzalez</u>
JOSEPH A. GONZALEZ
D.C. Bar No. 995057
Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 598-3888; F: (202) 616-4314
Joseph.a.gonzalez@usdoj.gov

<u>/s/ Brian J. Boyd</u>
BRIAN J. BOYD
NY Bar No. 5562582
Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-4142; F: (202) 616-4314
Brian.J.Boyd@usdoj.gov

*Counsel for Defendant United States of America*