UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ESTATE OF ASHLI BABBITT and
AARON BABBITT, individually and on
behalf of the ESTATE OF ASHLI
BABBITT,

        Plaintiffs,        Case No. 1:24-cv-01701-ACR

v.

UNITED STATES OF AMERICA,

        Defendant.
_____/

**[PROPOSED] ORDER**

The Court has reviewed and considered Plaintiffs' Motion for Jurisdictional Discovery on Counts III, IV, and V, and Memorandum in Support.  For the reasons stated therein, and for good cause, it is hereby **ORDERED** as follows:

1.     The motion is **GRANTED**.

**SO ORDERED** this _____ day of _____, 2024.

_____
HONORABLE ANA C. REYES
UNITED STATES DISTRICT JUDGE