# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:24-cv-01701-ACR |

## [PROPOSED] ORDER

Having considered Plaintiffs' Motion for Jurisdictional Discovery on Counts III, IV, and V and Memorandum in Support (ECF No. 39), Defendant United States of America's Opposition thereto (ECF No. 41), and any Reply, and upon further consideration of the entire record herein, it is **ORDERED** that Plaintiffs' Motion for Jurisdictional Discovery (ECF No. 39) is **DENIED**.

It is so **ORDERED**.

Dated: _____

_____
The Honorable Ana C. Reyes
United States District Judge

*Attorneys to be notified of the Order's entry*:

Robert Patrick Sticht
JUDICIAL WATCH, INC.
425 Third St., SW, Suite 800
Washington, DC 20024
Tel: 202-646-5172
Fax: 202-646-5199
Rsticht@judicialwatch.org

Sarah E. Whitman
Senior Trial Counsel, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-0089; F: (202) 616-4314
sarah.whitman@usdoj.gov

Joseph A. Gonzalez
Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 598-3888; F: (202) 616-4314
joseph.a.gonzalez@usdoj.gov

Brian J. Boyd
Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-4142; F: (202) 616-4314
brian.j.boyd@usdoj.gov