UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT, <br><br>　　　　　　　Plaintiffs, <br><br>　v. <br><br>UNITED STATES OF AMERICA, <br><br>　　　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:24cv1701-ACR |

## JOINT STATUS REPORT

Under the Court's January 23, 2025 Minute Order, Plaintiffs Estate of Ashli Babbitt and Aaron Babbitt, individually and on behalf of the Estate of Ashli Babbitt ("Plaintiffs"), and Defendant the United States of America ("Defendant" and together with Plaintiffs, the "Parties"), hereby submit this Joint Status Report. Counsel conferred via telephone on January 24, 2025, to discuss the matters herein. The Parties agree that the interests of justice, and principles of judicial economy and efficiency and the interest in preserving party resources may be best served if the hearing scheduled for January 30, 2025, at 10:30 a.m., regarding the Defendant's Partial Motion to Dismiss (ECF Nos. 30, 38, 40) and Plaintiffs' Motion for Jurisdictional Discovery (ECF Nos. 39, 41, 42) is rescheduled for a time to be later determined. The Parties also agree to file another Joint Status Report within 30 days regarding the rescheduling of the hearing. A proposed order is attached.

Dated: January 24, 2025                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Robert Patrick Sticht*
　　　　　　　　　　　　　　　　　　　　ROBERT PATRICK STICHT

CA Bar No. 138586
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Fax: (202) 646-5199
Email: rsticht@judicialwatch.org

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel

*/s/ Sarah E. Whitman*
SARAH E. WHITMAN
MA Bar No. 657726
Senior Trial Counsel, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-0089; F: (202) 616-4314
Email: sarah.whitman@usdoj.gov

*/s/ Brian J. Boyd*
BRIAN J. BOYD
NY Bar No. 5562582
Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-4142; F: (202) 616-4314
Email: Brian.J.Boyd@usdoj.gov

*/s/ Joseph A. Gonzalez*
JOSEPH A. GONZALEZ
D.C. Bar No. 995057
Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE

Washington, DC 20002
Tel: (202) 598-3888; F: (202) 616-4314
Joseph.a.gonzalez@usdoj.gov

*Counsel for Defendant United States of America*

3