IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ASHLI BABBITT and<br>AARON BABBITT, individually and on<br>behalf of the ESTATE OF ASHLI BABBITT<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA<br><br>  Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: Case No. 1:24cv1701-ACR<br>:<br>:<br>:<br>:<br>: |

**ORDER**

**UPON CONSIDERATION** of the Motion to Intervene to Enforce Charging Lien for Attorney's Fees filed by Terrell N. Roberts, III, pursuant to F.R.Civ.P. 24, and for good cause shown, it is this _____ day of _____, 2025, by the United States District Court for the District of Columbia, hereby:

**ORDERED** that the Motion to Intervene to Enforce Charging Lien for Attorney's Fees filed by Terrell N. Roberts, III is **GRANTED**.

_____
THE HONORABLE ANA C. REYES
UNITED STATES DISTRICT COURT JUDGE

cc:
All Counsel of Record