UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT

    Plaintiffs,

v.

UNITED STATES OF AMERICA

    Defendant.

Civil No. 1:24-cv-01701-ACR

## SPECIAL APPEARANCE

TO THE CLERK OF THE COURT: Please note the special appearance of Richard W. Driscoll and the law firm Driscoll & Seltzer PLLC for the limited purpose of opposing the Intervenor Terrell N. Roberts' Motion to Intervene to Enforce Charging Lien for Attorney's Fees and to Grant Other Equitable Relief.

Dated February 25, 2025

Respectfully submitted,

/s/ Richard W. Driscoll*

Richard W. Driscoll, Esquire (436471)
DRISCOLL & SELTZER, PLLC
2000 Duke Street, Suite 300
Alexandria, VA 22314
Office: 703.879.2601
Facsimile: 703.997.4892
rdriscoll@driscollseltzer.com

*Counsel for Plaintiffs by Special Appearance*

*Counsel's representation is by Special Appearance only for the purpose of representing the Plaintiffs in connection with the Motion to Intervene