UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:24cv1701-ACR |

**JOINT STATUS REPORT**

Under the Court's April 10, 2025, Minute Order, Plaintiffs Estate of Ashli Babbitt and Aaron Babbitt, individually and on behalf of the Estate of Ashli Babbitt ("Plaintiffs"), and Defendant the United States of America ("Defendant" and together with Plaintiffs, the "Parties"), hereby submit this Joint Status Report. Counsel conferred via telephone on May 8, 2025, to discuss the matters herein. The Parties have reached a settlement in principle and are working to finalize a settlement agreement to resolve all claims. Therefore, the Parties also agree that the interests of justice, and principles of judicial economy and efficiency and the interest in preserving party resources continue to be best served if the hearing regarding the Defendant's Partial Motion to Dismiss (ECF Nos. 30, 38, 40) and Plaintiffs' Motion for Jurisdictional Discovery (ECF Nos. 39, 41, 42) is rescheduled for a time to be later determined. The Parties further agree to file another Joint Status Report within 45 days to update the Court on the status of the settlement.* A proposed order is attached.

---

* As directed by the Court, at a hearing on May 2, 2025, the Parties and the prospective intervenor, Terrell Roberts, III, submitted a Joint Status Report (ECF No. 55) addressing Mr.

Dated: May 8, 2025                  Respectfully submitted,

*/s/ Robert Patrick Sticht*
ROBERT PATRICK STICHT
CA Bar No. 138586
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Fax: (202) 646-5199
Email: rsticht@judicialwatch.org

*Counsel for Plaintiffs*

YAAKOV M. ROTH
Acting Assistant Attorney General, Civil Division

C. SALVATORE D'ALESSIO, JR.
Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel

*/s/ Sarah E. Whitman*
SARAH E. WHITMAN
MA Bar No. 657726
Senior Trial Counsel, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-0089; F: (202) 616-4314
Email: sarah.whitman@usdoj.gov

*/s/ Brian J. Boyd*
BRIAN J. BOYD
NY Bar No. 5562582
Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-4142; F: (202) 616-4314
Email: Brian.J.Boyd@usdoj.gov

---

Roberts' pending motion to intervene (ECF Nos. 47, 50, 51). Mr. Roberts was also provided a courtesy copy of this Joint Status Report by the Plaintiffs and Defendant prior to filing.

/s/ *Joseph A. Gonzalez*
JOSEPH A. GONZALEZ
D.C. Bar No. 995057
Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 598-3888; F: (202) 616-4314
Joseph.a.gonzalez@usdoj.gov

*Counsel for Defendant United States of America*