UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT,<br><br>           Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | Case No. 1:24cv1701-ACR |

## JOINT STATUS REPORT

Under the Court's May 20, 2025, Minute Order, Plaintiffs Estate of Ashli Babbitt and Aaron Babbitt, individually and on behalf of the Estate of Ashli Babbitt ("Plaintiffs"), and Defendant the United States of America ("Defendant" and together with Plaintiffs, the "Parties"), hereby submit this Joint Status Report. Counsel conferred via telephone on June 6, 2025, to discuss the matters herein. The Parties executed a settlement agreement on June 6, 2025, and filed a Stipulation of Voluntary Dismissal with Prejudice (ECF No. 61). The Plaintiffs will file another status report on June 13, 2025, regarding compliance with the May 29, 2025 Stipulation (ECF No. 59).

Dated: June 6, 2025                              Respectfully submitted,

                                                 */s/ Robert Patrick Sticht*
                                                 ROBERT PATRICK STICHT
                                                 CA Bar No. 138586
                                                 JUDICIAL WATCH, INC.
                                                 425 Third Street SW, Suite 800
                                                 Washington, D.C. 20024
                                                 Telephone: (202) 646-5172
                                                 Fax: (202) 646-5199
                                                 Email: rsticht@judicialwatch.org

*Counsel for Plaintiffs*

YAAKOV M. ROTH
Acting Assistant Attorney General, Civil Division

C. SALVATORE D'ALESSIO, JR.
Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel

*/s/ Sarah E. Whitman*
SARAH E. WHITMAN
MA Bar No. 657726
Senior Trial Counsel, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-0089; F: (202) 616-4314
Email: sarah.whitman@usdoj.gov

*/s/ Brian J. Boyd*
BRIAN J. BOYD
NY Bar No. 5562582
Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-4142; F: (202) 616-4314
Email: Brian.J.Boyd@usdoj.gov

*/s/ Joseph A. Gonzalez*
JOSEPH A. GONZALEZ
D.C. Bar No. 995057
Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 598-3888; F: (202) 616-4314
Joseph.a.gonzalez@usdoj.gov

*Counsel for Defendant United States of America*