UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT,<br><br>   Plaintiffs,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No. 1:24cv1701-ACR |

## JOINT STATUS REPORT

Under the Court's June 18, 2025, Minute Order, Plaintiffs Estate of Ashli Babbitt and Aaron Babbitt, individually and on behalf of the Estate of Ashli Babbitt ("Plaintiffs"), and Defendant the United States of America ("Defendant" and together with Plaintiffs, the "Parties"), hereby submit this Joint Status Report. Counsel for Plaintiffs and Defendant have complied with Paragraph 4(a) and (b) of the May 29, 2025 Stipulation (ECF No. 59). Regarding Paragraph 4(c), the U.S. Treasury has not yet deposited the Settlement Amount into Judicial Watch, Inc.'s DC IOLTA Attorney Trust Account.

Plaintiffs will file another status report on June 27, 2025, regarding compliance with the May 29, 2025 Stipulation (ECF No. 59).

Dated: June 18, 2025

              Respectfully submitted,

              */s/ Robert Patrick Sticht*
              ROBERT PATRICK STICHT
              CA Bar No. 138586
              JUDICIAL WATCH, INC.
              425 Third Street SW, Suite 800
              Washington, D.C. 20024
              Telephone: (202) 646-5172

Fax: (202) 646-5199
Email: rsticht@judicialwatch.org

*Counsel for Plaintiffs*


BRETT A. SHUMATE
Assistant Attorney General, Civil Division

C. SALVATORE D'ALESSIO, JR.
Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel

*/s/ Sarah E. Whitman*
SARAH E. WHITMAN
MA Bar No. 657726
Senior Trial Counsel, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-0089; F: (202) 616-4314
Email: sarah.whitman@usdoj.gov

*/s/ Brian J. Boyd*
BRIAN J. BOYD
NY Bar No. 5562582
Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-4142; F: (202) 616-4314
Email: Brian.J.Boyd@usdoj.gov

*/s/ Joseph A. Gonzalez*
JOSEPH A. GONZALEZ
D.C. Bar No. 995057
Trial Attorney, Torts Branch, Civil Division
United States Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 598-3888; F: (202) 616-4314
Joseph.a.gonzalez@usdoj.gov

*Counsel for Defendant United States of America*